FILED
HARRISBURG, PA

JUN 27 2018

PER _____ *ll*
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　:　No: 1:18-CR-210

　　　　　　　　　　v.　　　　　　　:

　　　　　　　　　　　　　　　　:　(Judge Kane　　　)

[1] ANTHONY GILBERT-BROWN and　:
[2] VINCENT DESHIELDS,　　　　　:
　　　　Defendants.　　　　　　　:

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute and Possess
With Intent to Distribute Cocaine Base)

On or about February 19, 2018, in the Middle District of

Pennsylvania, and elsewhere, the defendants,

### [1] ANTHONY GILBERT-BROWN and
### [2] VINCENT DESHIELDS,

knowingly and intentionally combined, conspired, confederated and

agreed together, and with other persons known and unknown to the

Grand Jury, to commit the following offenses against the United States:

to knowingly and intentionally distribute and possess with intent to

distribute 28 grams and more of a mixture and substance containing

cocaine base, also known as crack cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
21 U.S.C. § 841(a) and 18 U.S.C. § 2
(Distribution of a Cocaine Base)

On or about February 10, 2017, in York County, within the Middle District of Pennsylvania, the defendant,

[1] ANTHONY GILBERT-BROWN,

knowingly and intentionally distributed a mixture and a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance and did aid, abet, counsel, command and induce the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a) and 18 U.S.C. § 2
(Distribution of a Cocaine Base)

On or about February 15, 2017, in York County, within the Middle District of Pennsylvania, the defendant,

## [1] ANTHONY GILBERT-BROWN,

knowingly and intentionally distributed a mixture and a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance and did aid, abet, counsel, command and induce the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
21 U.S.C. § 841(a) and 18 U.S.C. § 2
(Distribution of a Cocaine Base)

On or about April 27, 2017, in York County, within the Middle District of Pennsylvania, the defendant,

## [1] ANTHONY GILBERT-BROWN,

knowingly and intentionally distributed a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance and did aid, abet, counsel, command and induce the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 5</u>
21 U.S.C. § 841(a)
(Possession with Intent to
Distribute Cocaine Base)

On or about February 19, 2018, in York County, within the Middle District of Pennsylvania, the defendants,

[1] ANTHONY GILBERT-BROWN and
[2] VINCENT DESHIELDS,

knowingly and intentionally possessed with intent to distribute 28 grams and more of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, and did aid, abet, counsel, command and induce the same.

In violation of Title 21, United States Code, Sections 841(a)(1) and

4

(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 6</u>
18 U.S.C. § 924(c)
(Possession of Firearm in Furtherance
of a Drug Trafficking Crime)

On or about February 19, 2018, within the Middle District of

Pennsylvania, and elsewhere, the defendants,

[1] ANTHONY GILBERT-BROWN and
[2] VINCENT DESHIELDS,

did knowingly possess a loaded firearm, to wit, a loaded Glock 23, .40

caliber pistol bearing serial number VGR851, in furtherance of a drug

trafficking crime for which each may be prosecuted in a court of the

United States, to wit: conspiracy to distribute and possess with intent to

distribute cocaine base, in violation of Title 21, United States Code,

Section 846 and possession with intent to distribute cocaine base, in

violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

DAVID J. FREED
UNITED STATES ATTORNEY

TRUE BILL

DARYL F. BLOOM
Assistant United States Attorney

FOREPERSON

6/27/18

Date

6