IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:18-cr-00210 |
| v. : | |
| : | (Judge Kane) |
| ANTHONY GILBERT-BROWN, and : | |
| VINCENT DESHIELDS, : | |
| Defendants : | |

# ORDER

**AND NOW**, on this 11th day of December 2019, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendants' motion to suppress (Doc. No. 40) is **GRANTED IN PART** and **DENIED IN PART** as follows: the motion is **GRANTED** as to any and all items seized from the person of Defendant Deshields on February 19, 2018, and **DENIED** as to any and all items seized by Officer Paul Thorne and/or other York County Police Department officers at the scene on February 19, 2018 and all additional items seized as a result of the subsequent search conducted on February 22, 2018.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania