UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:18-CR-00210-001 |
| | : |
| v. | : |
| | : |
| ANTHONY GILBERT-BROWN, | : Judge Jennifer P. Wilson |
| Defendant | : |

**PRAECIPE TO ENTER APPEARANCE OF COUNSEL**

TO THE CLERK:

Please enter the appearance of Sandra Thompson, Esq., Law Office of Sandra Thompson LLC, on behalf of Defendant Anthony Gilbert- Brown in these matters for the purpose of providing legal representation on appeal.

DATED: February 18, 2021    Respectfully Submitted:

s/ Sandra Thompson
Sandra Thompson, Esq. PA I.D. 84345
Law Office of Sandra Thompson, LLC
351 E. Princess St., P.O. Box 1901
York, PA 17405
Telephone/Fax: 215-987-3650
Email: sthompsonLLC@gmail.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:18-CR-00210-001 |
| | : |
| v. | : |
| | : |
| ANTHONY GILBERT-BROWN, | : Judge Jennifer P. Wilson |
| Defendant | : |

**PROOF OF SERVICE**

    I, Sandra Thompson, Esq., do hereby certify that the Government was served with a true and correct copy of Counsel's Praecipe to Enter Appearance pursuant to LR 5.7 by electronic means to the extent and in the manner authorized by the Standing Order regarding Electronic Case Filing Policies and Procedures and the ECF User Manual as follows:

Daryl Ford Bloom, Esq    Email: Daryl.Bloom@usdoj.gov
U.S. Attorney's Office
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108    Counsel for the Government


William A. Fetterhoff, Esq    Email: wfetterhoff@live.com
Myers Brier & Kelly
240 North Third Street, Suite 501
P.O. Box 1161
Harrisburg, PA 17108-1161    Counsel of record for Defendant


DATED: February 18, 2021    Respectfully Submitted:


    s/ Sandra Thompson
    Sandra Thompson, Esq. PA I.D. 84345
    Law Office of Sandra Thompson, LLC
    351 E. Princess St., P.O. Box 1901
    York, PA 17405
    Telephone/Fax: 215-987-3650
    Email: sthompsonLLC@gmail.com
    Counsel for Defendant