UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:18-CR-00210-001 |
| | : |
| v. | : |
| | : |
| ANTHONY GILBERT-BROWN, | : Judge Jennifer P. Wilson |
| Defendant | : |

**NOTICE OF APPEAL**

Notice is hereby given that Anthony Gilbert-Brown, Defendant, appeals to the United States Court of Appeals for the Third Circuit from the December 11, 2019 Judgment and Order of the Honorable Yvette Kane, District Court Judge (Docs 73-74), Denying Defendant's Motion to Suppression Evidence (Doc 40) resulting in the February 4, 2021 Judgment of Sentence of the Honorable Jennifer P. Wilson, District Court Judge (Doc 153).

DATED: February 18, 2021                    Respectfully Submitted:

s/ Sandra Thompson
Sandra Thompson, Esq. PA I.D. 84345
Law Office of Sandra Thompson, LLC
351 E. Princess St., P.O. Box 1901
York, PA 17405
Telephone/Fax: 215-987-3650
Email: sthompsonLLC@gmail.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:18-CR-00210-001 |
| | : |
| v. | : |
| | : |
| ANTHONY GILBERT-BROWN, | : Judge Jennifer P. Wilson |
| Defendant | : |

**PROOF OF SERVICE**

I, Sandra Thompson, Esq., do hereby certify that the Government was served with a true and correct copy of the Defendant's Notice of Appeal pursuant to LR 5.7 by electronic means to the extent and in the manner authorized by the Standing Order regarding Electronic Case Filing Policies and Procedures and the ECF User Manual as follows:

The Honorable Jennifer P. Wilson, District Court Judge      and

Daryl Ford Bloom, Esq
U.S. Attorney's Office
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Email: Daryl.Bloom@usdoj.gov

DATED: February 18, 2021           Respectfully Submitted:


s/ Sandra Thompson
Sandra Thompson, Esq. PA I.D. 84345
Law Office of Sandra Thompson, LLC
351 E. Princess St., P.O. Box 1901
York, PA 17405
Telephone/Fax: 215-987-3650
Email: sthompsonLLC@gmail.com
Counsel for Defendant